PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Scott Douglas Sanford</u>　　　Case Number: <u>3:12-00116</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>June 10, 2013</u>

Original Offense: <u>18 U.S.C. § 922(a)(6) False Statement to a Federal Firearms Licensee</u>

Original Sentence: <u>5 years' probation</u>

Type of Supervision: <u>Probation</u>　　　Date Supervision Commenced: <u>June 10, 2013</u>

Assistant U.S. Attorney: <u>Clay Lee</u>　　　Defense Attorney: <u>Dumaka Shabazz</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Considered this __7__ day of __Nov.__, 2013,
and made a part of the records in the above case.

　　　　　　　　　　　　　　　　　　　　　Donna Jackson
　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer

_____Todd Campbell_____　　　Place　　Nashville, Tennessee
Todd J. Campbell
U. S. District Judge　　　　　　　　　Date　　November 6, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **Shall not commit another federal, state or local crime.**

Mr. Sanford was arrested on September 20, 2013, for Violation of Probation by the State of Tennessee Board of Probation and Parole. His violations were failure to provide employment verification, failure to pay court costs or probation fees, viewing pornographic material on the internet, and failing to provide verification he has completed a sex offender assessment and attend sex offender treatment. Mr. Sanford conceded the violations in a hearing held in Davidson County Criminal Court on October 31, 2013. He was sentenced to time served. His state probation was restarted and he was ordered to have no internet access.

**Compliance with Supervision Conditions and Prior Interventions:**

Other than the violation behavior listed above, the offender has been otherwise compliant with all standard and special conditions of supervision. Mr. Sanford underwent a mental health assessment on August 2, 2013. Treatment was not recommended.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that no action be taken by the Court at this time, however, should there be further violations requiring Court action, it is requested that these matters be heard at that time.

Assistant United States Attorney Clay Lee has been consulted and concurs with this recommendation.


Approved: _____
            Britton Shelton
            Supervisory U.S. Probation Officer